■ The People of the State of New York, Respondent, v Solome Vega, Appellant. [62 NYS3d 268]—Judgment, Supreme Court, New York County (Charles Solomon, J.), rendered May 5, 2015, unanimously affirmed.

Application by defendant's counsel to withdraw as counsel is granted (see Anders v California, 386 US 738 [1967]; People v Saunders, 52 AD2d 833 [1st Dept 1976]). We have reviewed this record and agree with defendant's assigned counsel that there are no non-frivolous points which could be raised on this appeal.

Pursuant to Criminal Procedure Law § 460.20, defendant may apply for leave to appeal to the Court of Appeals by making application to the Chief Judge of that Court and by submitting such application to the Clerk of that Court or to a Justice of the Appellate Division of the Supreme Court of this Department on reasonable notice to the respondent within 30 days after service of a copy of this order.

Denial of the application for permission to appeal by the judge or justice first applied to is final and no new application may thereafter be made to any other judge or justice. Concur—Friedman, J.P., Richter, Andrias, Gische and Moulton, JJ.

■ Robert Moskowitz, Respondent, v Eileen Hickey, Appellant, et al., Defendants. [62 NYS3d 268]—

Order, Supreme Court, New York County (Nancy M. Bannon, J.), entered on or about September 1, 2016, which, inter alia, granted plaintiff's motion to strike the answer of defendant Eileen Hickey, unanimously affirmed, without costs.

The motion court providently exercised its discretion in striking Hickey's answer on account of her failure to comply with three successive court orders directing her to respond to plaintiff's discovery demands (see Loeb v Assara N.Y. I L.P., 118 AD3d 457 [1st Dept 2014]; Oasis Sportswear, Inc. v Rego, 95 AD3d 592 [1st Dept 2012]). In response to plaintiff's showing that Hickey's conduct was willful and contumacious, Hickey failed to tender any reasonable excuse for her repeated noncompliance (see Menkes v Delikat, 148 AD3d 442 [1st Dept 2017]; Reidel v Ryder TRS, Inc., 13 AD3d 170 [1st Dept 2004]). Concur—Friedman, J.P., Richter, Andrias, Gische and Moulton, JJ.